FILED
9/5/18 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Lynnore B. Dominguez<br>　　　　　　　Debtor<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWABS 2007-BC2)<br>　　　　　　　Movant<br>　v.<br><br>Lynnore B. Dominguez<br>　　　　　　　Respondent | Case No. 18-10680 TPA<br><br>Chapter 7<br><br>Related to Doc. 15, 16 and 21 |

### ORDER OF COURT

AND NOW, this __5th__ day of __September__, 2018 it is ORDERED that the Motion filed herein is granted, and the Motion for Withdrawal of Appearance and Termination of CM/ECF Record filed on August 6, 2018 at Doc. 15 is hereby withdrawn.

BY THE COURT,

_____ J.
ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-10680-TPA
Lynnore B. Dominguez                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: amaz                   Page 1 of 1                 Date Rcvd: Sep 05, 2018
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             #+Lynnore B. Dominguez,    725 Rollinson Road,    Hermitage, PA 16148-3848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Bayview Loan servicing LLC, as servicer forTHE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE et al... bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Lynnore B. Dominguez julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                              TOTAL: 5