IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lynnore B. Dominguez, | ) | Case No. 18-10680 TPA |
| | ) | Chapter 7 |
| Debtor | ) | Docket No. |

### NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through her attorney Julie Frazee Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor, Lynnore Dominguez, had an address of 725 Rollinson Road, Hermitage, PA 16148.

2. The debtor has since moved and the new address is 333 Shaw Street, New Castle, Pa 16101.

WHEREFORE, the debtor, Lynnore Dominguez, respectfully files this Notice of Change of Address.

Respectfully submitted,

September 27, 2018              /s/ Julie Frazee Steidl_____
DATE                            Julie Frazee Steidl, Esquire
                                Attorney for the Debtor

                                STEIDL & STEINBERG
                                Suite 2830, Gulf Tower
                                707 Grant Street
                                Pittsburgh, PA 15219
                                (412) 391-8000
                                Julie.steidl@steidl-steinberg.com
                                PA I.D. No. 35937