Form 144

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lynnore B. Dominguez**
  Debtor(s)

Bankruptcy Case No.: 18−10680−TPA

Chapter: 7
Docket No.: 26

## NOTICE – REMINDER

Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

***CHAPTER 7 CASES*** *− − Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: October 26, 2018                                                                                          Michael R. Rhodes, Clerk
                                                                                                                                    United States Bankruptcy Court

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 18-10680-TPA
Lynnore B. Dominguez                                              Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-1          User: admin               Page 1 of 1             Date Rcvd: Oct 26, 2018
                              Form ID: 144              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db         +Lynnore B. Dominguez,    333 Shaw Street,   New Castle, PA 16101-3650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Bayview Loan servicing LLC, as servicer forTHE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE et al... bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Julie Frazee Steidl    on behalf of Debtor Lynnore B. Dominguez julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                               TOTAL: 5