FILED
12/6/18 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lynnore B. Dominguez<br>　　　　　　　Debtor(s) | |
| Bayview Loan Serving as servicer for The Bank of New York, As Trustee For the Benefit of the Certificateholders, CWABS, Inc., Asset -Backed Certiificates, Series 2007-BC2 Series 2007-BC2<br>　　　　　　　Movant<br>v.<br>Lynnore B. Dominguez<br>　　　　　　　Respondent(s)<br>and<br>Tamera O. Rothschild, Trustee<br>　　　　　　　Additional Respondent | BK. NO. 18-10680 TPA<br><br>CHAPTER 7<br>Related to Docket # __29__ |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　AND NOW, this 6th day of December, 2018, upon Motion of Bayview Loan Serving as servicer for The Bank of New York, As Trustee For the Benefit of the Certificateholders, CWABS, Inc., Asset - Backed Certiificates, Series 2007-BC2 Series 2007-BC2
it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 725 Rollinson Drive, Unit B, Hermitage, PA 16148 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge  ljm

Lynnore B. Dominguez
725 Rollinson Road
Hermitage, PA 16148

Julie Frazee Steidl Esq.
707 Grant Street, Suite 2830 (VIA ECF)
Gulf Building
Pittsburg, PA 15219
jsteidl1356@hotmail.com

Tamera O. Rothschild
318 W. Spring Street
Titusville, PA 16354

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 18-10680-TPA
Lynnore B. Dominguez                                            Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: culy              Page 1 of 1          Date Rcvd: Dec 06, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
db             +Lynnore B. Dominguez,    333 Shaw Street,    New Castle, PA 16101-3650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
              James     Warmbrodt     on behalf of Creditor    Bayview Loan servicing LLC, as servicer forTHE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE et al... bkgroup@kmllawgroup.com
              James     Warmbrodt     on behalf of Creditor    BANK OF AMERICA,   N.A. bkgroup@kmllawgroup.com
              Julie Frazee Steidl     on behalf of Debtor Lynnore B. Dominguez julie.steidl@steidl-steinberg.com,
               leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                              TOTAL: 5